UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY REINARTZ,

    Plaintiff,

v.                                                    Case No. 1:18-cv-268
                                                  Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

**JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED**.


Dated: March 25, 2019                                                   /s/ Ray Kent
                                                                         United States Magistrate Judge